

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00254-CV

**IN RE TOMMY L. PARKER, RELATOR**

**ORIGINAL PROCEEDING ON PETITION FOR WRIT OF MANDAMUS**

October 8, 2025

**MEMORANDUM OPINION**

Before QUINN, C.J., and PARKER and DOSS, JJ.

Tommy L. Parker is a vexatious litigant subject to a prefiling order which prohibits him from filing new litigation in any Texas court without first obtaining permission from the local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE §§ 11.101–.103. Despite the prefiling order prohibiting new filings, Parker filed a petition for writ of mandamus with this court without an accompanying order permitting its filing.

Chapter 11 of the Civil Practice and Remedies Code requires courts to dismiss new actions filed by a vexatious litigant unless the litigant also files an order from the local administrative judge permitting the filing of the new action. *See* TEX. CIV. PRAC. & REM. CODE § 11.103–1035. By letter of August 27, 2025, we admonished Parker that these proceedings would be dismissed unless he filed the required order by September 8. We

later granted him an extension to September 25. On September 19, 2025, Parker filed a copy of a letter from the local administrative judge stating, "I have reviewed your request to file a Writ of Mandamus with the 7th Court of Appeals in Amarillo on the above matter." The letter, however, neither grants nor denies Parker permission to file his petition for writ of mandamus, and Paker has had no further communication with the court.

To date, this court has not received an order from the local administrative judge permitting Parker to proceed with his mandamus action. Accordingly, we dismiss, without prejudice, Parker's petition for writ of mandamus. *See* TEX. CIV. PRAC. & REM. CODE § 11.1035(b).

Per Curiam